IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JONATHAN B. McCORD,

 Petitioner,

v.

ROBERT HUMPHREYS, Warden,
Kettle Moraine Correctional Institution,
RANDY GASSER, Extended Supervision
Officer, Division of Community Corrections,
Department of Corrections,

 Respondents.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-180-bbc

---

 This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

 IT IS ORDERED AND ADJUDGED that the petition of Jonathan B. McCord for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for his failure to exhaust his state court remedies.

_Peter Oppeneer_, Clerk of Court

Date: 4/18/11